MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California  94102
　　Telephone: (415) 522-6031
　　Facsimile: (415) 436-7234
　　Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0066 RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| ) | |
| v. ) | |
| ) | |
| RODOLFO PUEBLA NAPOLES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

　　The parties appeared before the Court on March 8, 2011.  With the agreement of counsel for both parties, the Court found and held as follows:

　　1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 8, 2011 to March 29, 2011, in light of the need for the defense to review additional discovery in this case.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation of counsel, taking into

STIP. & [~~PROPOSED~~] ORDER EXCLUDING TIME
U.S. v. RODOLOFO PUEBLA NAPOLES, CR 11-0066                                                                  1

1 account the exercise of due diligence.

2    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 8, 2011 to March 29, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 8, 2011 to March 29, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

                        MELINDA HAAG
                        United States Attorney

DATED: March 14, 2011           /s/
                        PATRICIA SPALETTA
                        Special Assistant United States Attorney

DATED: March 14, 2011           /s/
                        LOREN STEWART
                        Assistant Federal Public Defender

SO ORDERED.

DATED: 3/16/11

                        THE HON. RICHARD SEEBORG
                        United States District Judge